**Bonnie Rotter, Plaintiff-Appellee, v. Roy Rotter, Defendant-Appellant.**

**Gen. No. 69–139.  (Abstract of Decision.)**

Second District.

February 9, 1970.

■

Charles J. Anderson, of Wheaton, for appellant; no brief for appellee. Opinion by JUSTICE MORAN. **Not to be published in full.**